UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KAILA D. STRINGER,

    Plaintiff,

v.                                     CASE NO.: 6:25-cv-01073-CEM-DCI

VALENCIA COLLEGE,

    Defendant,

_____/

## NOTICE OF RELATED ACTIONS

Plaintiff, KAILA D. STRINGER, by and through the undersigned counsel, hereby file this Notice of Related Actions and states the following:

1. This case is related to a pending or closed civil case previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    **EEOC Charge No. 510-2024-01458**

                                        Respectfully submitted,

                                        */s/ Jason W. Imler, Esq.*
                                        Jason W. Imler
                                        Florida Bar No. 1004422

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2025, I electronically filed the foregoing with the Clerk of court using CM/ECF system.

*/s/ Jason W. Imler, Esq*
Jason W. Imler
Florida Bar No. 1004422
Alberto "Tito" Gonzalez
Florida Bar No. 1037033
**Imler Law**
23110 State Road 54, Unit 407
Lutz, Florida 33549
(P): 813-553-7709
Jason@ImlerLaw.com
Tito@ImlerLaw.com
Ashley@ImlerLaw.com
Tiffany@ImlerLaw.com
*Attorneys for Plaintiff*
